# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150844

In re SANTOS, Minors.

SC: 150844
COA: 320220
Eaton CC Family Division:
13-018437-NA

_____/

On order of the Court, the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2015



Clerk

s0203